UNITED STATES DISTRICT COURT
WESTERN DISTRI CT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRINA SAMSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCHOLASTIC INC.,<br><br>Defendant. | No. 2:25−cv−02115−JNW<br><br>Honorable Judge Jamal N. Whitehead<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE TO THE DATES IN THE COURT'S SCHEDULING ORDER [DKT. 10]** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7 and 10, Plaintiff Trina Samson, on her own behalf and on behalf of all others similarly situated ("Plaintiff"), and Defendant Scholastic Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate to continue the Scheduling Order [Dkt. 10] deadlines.

On November 21, 2025, this Court entered a Scheduling Order [Dkt. 10] setting the following deadlines: Rule 26(f) Conference: December 12, 2025; Initial Disclosures: December 26, 2025; and Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): January 2, 2026.

The Parties are exploring the possibility of early resolution of this case and have mutually agreed to extend the time for Defendant to answer Plaintiff's complaint until January 5, 2026 in order to focus their efforts on settlement discussions. The Parties met and conferred and agree that

STIPULATED MOTION AND OR DER TO CONTINUE TO
THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 1 -

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

1  it would promote efficiency and avoid unnecessary expense to defer the Rule 26(f) conference,

2  initial disclosures, and joint status report and discovery plan for sixty (60) days to allow the Parties

3  the opportunity to explore resolution and, in the alternative, the Parties will have time to case plan

4  accordingly and inform the Court of their efforts. The Parties therefore propose the following new

5  deadlines:

| Event | Old Deadline | Proposed Revised Deadline |
|---|---|---|
| Rule 26(f) Conference | December 12, 2025 | February 10, 2026 |
| Initial Disclosures | December 26, 2025 | February 24, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | January 2, 2026 | March 3, 2026 |

13  Good cause exists to modify the Scheduling Order. Fed. R. Civ. P. 16(b)(4). Extending the

14  dates by sixty (60) days will allow the Parties to continue their discussions on the track of early

15  settlement while conserving judicial resources and avoid premature or unnecessary discovery-

16  related work.

17  *[Counsel signature block to follow on next page.]*

STIPULATED MOTION AND ORDER TO CONTINUE TO
THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 2 -

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

Dated: December 1, 2025

Respectfully submitted,

*/s/Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Michael C. Tackeff *(pro hac vice)*
Gerard J. Stranch, IV*
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
mtackeff@stranchlaw.com
gstranch@stranchlaw.com
amurray@stranchlaw.com

**\*pro hac vice application forthcoming**

*Attorneys for Plaintiff Trina Samson*

STIPULATED MOTION AND ORDER TO CONTINUE TO THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 3 -

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

Dated: November 26, 2025

*/s/Amanda Beane (with authorization)*
Amanda Beane, WSBA No. 33070
**LAW OFFICE OF
AMANDA BEANE, P.C.**
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98125
Tel. 206-531-0224
amanda@amandabeanelaw.com

Caren Decter
Michael Salik
**FRANKFURT KURNIT KLEIN + SELZ**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel. (212) 980-0120
cdecter@fkks.com
msalik@fkks.com

*Attorneys for Defendant Scholastic Inc.*

STIPULATED MOTION AND ORDER TO CONTINUE TO
THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 4 -

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

**ORDER**

IT IS SO ORDERED.

Dated this 2nd day of December, 2025.

_____
U.S. District Court Judge
Judge Jamal N. Whitehead

Presented by:

*/s/Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Michael C. Tackeff *(pro hac vice)*
Gerard J. Stranch, IV*
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
mtackeff@stranchlaw.com
gstranch@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Trina Samson*

STIPULATED MOTION AND ORDER TO CONTINUE TO THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 5 -

**STRAUSS BORRELLI PLLC**
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

1  /s/Amanda Beane (with authorization)
   Amanda Beane, WSBA No. 33070
2  **LAW OFFICE OF AMANDA BEANE, P.C.**
   7724 35th Ave NE, P.O. Box 15526
3  Seattle, WA 98125
   Tel. 206-531-0224
4  amanda@amandabeanelaw.com

5  Caren Decter
   Michael Salik
6  **FRANKFURT KURNIT KLEIN + SELZ**
   28 Liberty Street, 35th Fl.
7  New York, NY 10005
   Tel. (212) 980-0120
8  cdecter@fkks.com
   msalik@fkks.com
9
   *Attorneys for Defendant Scholastic Inc.*
10

STRAUSS BORRELLI PLLC
980 North Michigan Ave., Suite 1610
Chicago, Illinois 60611
TEL. 872.263.1100 • FAX 872.263.1109
straussborrelli.com

STIPULATED MOTION AND ORDER TO CONTINUE TO
THE DATES IN THE COURT'S SCHEDULING ORDER
Page - 6 -