**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| TRINA SAMSON, on her own behalf, and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHOLASTIC INC.,<br><br>　　　　Defendant. | Case No. 2:25−cv−02115−JNW<br><br>**DECLARATION OF AVERY GROSS IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE** |

I, Avery Gross, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.　　I am employed by Scholastic Inc. ("Scholastic") and currently serve as Senior Vice President, Digital & Enterprise Systems Engineering. I have been an employee of Scholastic since 2012, and in my role as Senior Vice President since 2022. I submit this Declaration in support of Scholastic's Motion to Transfer Venue.

2.　　In my role, I am familiar with the current and past functionality and user interface/flow of Scholastic's website, including its online MyScholastic account functions and its online Book Clubs platform on sholastic.com. As part of my role, I am also familiar with Scholastic records kept in the ordinary course of business regarding MyScholastic account registrations, user activity in the Book Clubs program, required profile updates, and user online transactions. Specific records that I have reviewed for this Declaration include the annual profile-update and acceptance flow from 2018 and 2019 that was presented to teachers who access clubs.scholastic.com. I have also specifically reviewed user activity records for the account associated with user "Trina Samson" and the email trina.samson@highlineschools.org.

1

3.    Unless otherwise stated, this Declaration is based on my personal knowledge and my review of Scholastic's records, screenshots, and other documents maintained in the ordinary course of business.

**Plaintiff Accepted Scholastic's Terms of Use, Including On October 4, 2018**

4.    Scholastic offers teachers access to products and programs through online MyScholastic accounts at scholastic.com, including the online Book Clubs program at clubs.scholastic.com. The Book Clubs program allows teachers and students to place orders online using a class code. Orders are aggregated and then shipped to the school.

5.    Each year, during the spring period from approximately March through July, a teacher who logs in to clubs.scholastic.com through their MyScholastic account is presented with a "spring update profile" pop-up asking the teacher to update the teacher's profile information for the following school year. During that spring period, a teacher may proceed without completing that update, or a teacher may never log in during that period at all and therefore miss the "spring update profile" pop-up altogether.

6.    If a teacher does not complete that profile confirmation in the spring, then beginning in approximately August with the new school year, the teacher is presented with a "Welcome to a New School Year" pop up when the teacher logs in to clubs.scholastic.com through the teacher's MyScholastic account.

7.    Scholastic maintains an internal "Contact History" log in its customer relationship management (CRM) system for MyScholastic accounts that access the online Book Clubs platform. Among other things, that log captures the first time a teacher logs in to Book Clubs in a given school year and accepts Scholastic's Terms of Use.

8.    I have reviewed Scholastic's Contact History log and related business records for the account associated with Plaintiff Trina Samson.  Scholastic's records show that Plaintiff Trina Samson registered a MyScholastic account with the email trina.samson@highlineschools.org.  Those records further show that, for the 2018/2019 school

year, Plaintiff did not complete the "spring update profile" and instead first logged in to clubs.scholastic.com through her MyScholastic account on October 4, 2018.

9.      When Plaintiff did so, she was presented with a "Welcome to a New School Year" pop up for the 2018/2019 school year.  I retrieved the following screenshot of Scholastic's "Welcome to a New School Year" pop up for the 2018/2019 school year from Scholastic's internal records:



10.      Plaintiff, like all users, could not enter the Book Clubs website or place a Book Clubs order until checking the box that says "I have read and accept the Terms of Use and Privacy Policy." Until checking that box, the "Continue to Site" button remained grayed out and

unclickable, as evidenced by the above screenshot. After completing the pop-up form, including checking the box agreeing to Scholastic's Terms of Use, the "Continue to Site" button became clickable, allowing the user to proceed.

11.     The phrase "Terms of Use" in the screenshot hyperlinked to Scholastic's Terms of Use then in effect. A true and correct copy of the Terms of Use presented to users in 2018 when they clicked the "Terms of Use" hyperlink is attached as Exhibit A, which I retrieved from the Internet Archive's Wayback Machine at the archived URL reflected on the document. I have reviewed that archived copy, and it comports with my recollection of the Terms of Use that appeared on Scholastic's website at that time.

12.     Scholastic's Contact History log confirms that Plaintiff was presented with the "Welcome to a New School Year" pop up for the 2018/2019 school year and accepted Scholastic's Terms of Use on October 4, 2018:

| Updater Id | Name | User Name | Application | Update Time | Property |
|---|---|---|---|---|---|
| 58488677 | TRINA SAMSON | TRINA.SAMSON@HIGHLINESCHOOLS.ORG | FS-IDM-SERVICES-API | 2018-10-04 15:36:44 | USED BOOK CLUBS KEY |
| 58488677 | TRINA SAMSON | TRINA.SAMSON@HIGHLINESCHOOLS.ORG | FS-IDM-SERVICES-API | 2018-10-04 15:36:44 | TERMS AND CONDITIONS ACCEPTED TIMESTAMP |

The TERMS AND CONDITIONS ACCEPTED TIMESTAMP referred to in this screenshot is the checkbox next to the text "I have read and accept the Terms of Use and Privacy Policy" depicted in Paragraph 9.

13.     I have also reviewed Scholastic's transaction-history records associated with Plaintiff's MyScholastic account.  Those records show that Plaintiff placed a Book Clubs order on October 9, 2018.  Plaintiff could not have placed this Book Clubs order on October 9, 2018 through her MyScholastic account without first being presented with the "Welcome to a New School Year" pop up for the 2018/2019 school year and accepting Scholastic's Terms of Use.

14.     I have reviewed copies of Scholastic's Terms of Use that were available on its website from 2018 through the present, retrieved from the Internet Archive's Wayback Machine

4

and currently available on Scholastic's website at https://www.scholastic.com/terms.htm. Each version of the Terms of Use included the following forum selection clause: "You and Scholastic each agree to submit to the exclusive jurisdiction of the courts of the state of New York and the federal courts of the southern district of New York."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2026.

_____
Avery Gross

5

# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20181004211104/http://www.scholastic.com:80/terms.htm

# Terms of Use

**Legal Restrictions and Terms of Use Applicable to this Site**

Use of this Site Signifies your Agreement to the Terms of Use.

**PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS SITE**

By using this site, you signify your consent to these terms of use. If you do not agree to these terms of use, please do not use the site.

The following legal restrictions and terms of use apply to Scholastic.com and any other site owned and/or operated by or on behalf of Scholastic Inc. or any of its subsidiaries, that states that it is governed by these Terms of Use and/or links to these Terms of Use (the sites and entities collectively referred to herein as "Scholastic.com" and "Scholastic" and/or "we" respectively).

**USE OF MATERIALS**

This site is owned and operated by Scholastic Inc. and/or, in the case of certain features, its third party service providers, and unless otherwise indicated the contents of Scholastic.com are the property of Scholastic and are protected, without limitation, pursuant to U.S. and foreign copyright and trademark laws. No material from Scholastic.com may be copied, reproduced, republished, uploaded, posted, transmitted, or distributed in any way, except that you may download one copy of the materials on any single computer for your personal non-commercial use only, provided you keep intact all copyright and other proprietary notices. Modification of the materials or use of the materials for any other purpose is a violation of Scholastic's copyright, trademark, and trade secret rights and others' proprietary rights. For purposes of this Agreement, the use of any such material on any other web site or networked computer environment is prohibited.

In the event you download software from the site, the software including any files, images incorporated in or generated by the software and data accompanying the Software (together, the "Software") are licensed to you by Scholastic. Scholastic does not transfer title to the Software to you. As between you and Scholastic, Scholastic retains full and complete right, title, and interest in and to the Software and all intellectual property rights therein. You may not redistribute, sell, decompile, reverse-engineer or disassemble the Software.

You hereby grant Scholastic and its agents and licensees a worldwide, royalty-free, fully-paid, perpetual, non-exclusive license to use, including without limitation the right to copy, publish, perform, display and distribute and/or adapt, any material you upload to, distribute through or post on Scholastic.com, including without limitation via message boards, chat rooms and/or blogs or any other features on Scholastic.com, in whole or in part, alone or in combination with other material, in any and all media, now known or hereafter devised.

**USER CONDUCT**

Derogatory, harmful or unlawful conduct is not permitted on Scholastic.com. Users are not permitted to upload to, distribute through, or otherwise publish through Scholastic.com any content which is libelous, defamatory, obscene, pornographic, threatening, invasive of privacy or publicity rights, abusive, illegal or otherwise objectionable that would constitute or encourage a criminal offense, violate the rights

of any party, or that would otherwise give rise to liability or violate any law. Unauthorized commercial messages and/or public announcements are not allowed on Scholastic.com. Unauthorized collection and/or use of email addresses via Scholastic.com is also not allowed.

Please be aware that generally, information you post on, upload to or distribute through a message board, chat room, blog or any similar feature will be accessible by other users of Scholastic.com. Please be sure that any such information is information that you are comfortable sharing with the public.

Users are solely responsible for the content of their messages including without limitation the content of Class Homepages created by teachers using the Class Homepage Builder, message board postings and/or comments made in chat rooms and/or any other features on Scholastic.com. Scholastic is not responsible for the content or accuracy of any information posted, uploaded or transmitted by users of Scholastic.com including without limitation the content of Class Homepages created by teachers using the Class Homepage Builder message board postings and/or comments made in chat rooms and/or any other features on Scholastic.com. You acknowledge that Scholastic may or may not pre-screen and/or monitor content posted on Scholastic.com, and that Scholastic

shall have the right to remove, edit, move or close, in whole or in part, any thread or posting in any chat room and/or similar feature on Scholastic.com at any time for any reason, in Scholastic's sole discretion.

You hereby agree to comply with all laws that apply or may apply to your use of or activities on Scholastic.com and any rules for conduct on Scholastic.com or use of specific features and/or services offered thereon that may be posted on Scholastic.com, whether in these terms of use or otherwise, from time to time.

**NO PERSONAL ADVICE**
Any informational materials provided on Scholastic.com, including without limitation the opinions and/or recommendations of any authors and/or moderators, are not intended to substitute for any professional educational, medical, legal, psychiatric, employment or other advice. Without limitation of the Disclaimer paragraphs set forth below, Scholastic makes no representations or warranties regarding, and expressly disclaims any and all liability concerning, any action by any person following the information offered or provided within or through Scholastic.com. If you have concerns or a situation in which you require professional advice, then you should consult with an appropriately qualified professional in the relevant field.

**THIRD PARTIES**
Your correspondence and dealings with third parties including without limitation job seekers, employers and/or advertisers that you encounter via Scholastic.com are solely between you and such entity. You agree that Scholastic shall not be responsible or liable for any dispute, loss or damage of any sort incurred as a result of any such dealings. In addition, you acknowledge that Scholastic does not endorse, verify, or make any representations regarding any third party advertisements, products or services and does not confirm that each user of Scholastic.com is who the user claims to be. It is your sole responsibility to research and verify the legitimacy of any organization, individual or prospective employer advertising on Scholastic.com, and you are solely responsible for your decision to submit personal information to any third party, whether in connection with potential employment or otherwise.

**PRICING**
With respect to items sold by Scholastic online in The Scholastic Store and The Scholastic Teacher Store, we do NOT charge your credit card until after your order has entered the shipping process. From time to time, however, some items in our online stores may be mispriced. If we discover an item that you have ordered is mispriced, we may do one of the following:

If an item's correct price is lower than our stated price, upon becoming aware of the issue we will contact you and refund the difference of the amount paid by you and the item's correct price.

If an item's correct price is higher than our stated price, we will contact you upon becoming aware of the issue for instructions. If we become aware of the issue before the item has shipped, we reserve the right to cancel your order and notify you of such cancellation.

**CHANGES TO SITE**
Scholastic may add, change, discontinue, remove or suspend any portion of Scholastic.com at any time, without notice.

**USER ACCOUNTS**
Certain portions of Scholastic.com may ask you to create an account. If you choose to create such an account, you agree to provide only true, accurate, current and complete information. You further agree to accept all responsibility for all activities that occur under your account or password, if any, and that you will not sell, transfer or assign your account or allow others to use it. You are responsible for maintaining the confidentiality of any user name and/or password that may assigned to or selected by you so that others may not access any members-only or password-protected portions of Scholastic.com using your account and/or identity. Scholastic reserves the right, in its sole discretion and without notice to you, to terminate your account and/or to restrict your access to all or part of Scholastic.com for any reason, including without limitation for extended periods of inactivity.

**TERMINATION**
This Agreement is effective until terminated by either party. You may terminate this Agreement at any time by destroying all materials obtained from Scholastic.com and all related documentation and all copies and installments thereof whether made under the terms of this Agreement or otherwise. This Agreement will terminate immediately without notice from Scholastic, if in Scholastic's sole discretion you fail to comply with any term or provision of this Agreement, if you are a repeat infringer of any third party's rights, or if you engage in conduct that is illegal, tortious or that interferes with the technological operation of this site. Upon termination, you must destroy all materials obtained from Scholastic.com and all copies thereof, whether made under the terms of this Agreement or otherwise.

**DISCLAIMER**
SCHOLASTIC MAKES NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO SCHOLASTIC.COM OR ITS CONTENTS, WHICH ARE PROVIDED FOR USE "AS IS" AND "AS AVAILABLE." SCHOLASTIC DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE

IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO SCHOLASTIC.COM AND ANY WEB SITE WITH WHICH IT IS LINKED. SCHOLASTIC DOES NOT WARRANT THE FUNCTIONS, INFORMATION OR LINKS CONTAINED ON SCHOLASTIC.COM OR THAT ITS CONTENTS WILL MEET YOUR REQUIREMENTS, THAT SCHOLASTIC.COM, OR ITS CONTENTS, ARE FIT FOR ANY PARTICULAR PURPOSE OR THAT THE OPERATION OF SCHOLASTIC.COM OR ITS CONTENTS, WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THIS SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES, WORMS, TROJAN HORSES, CANCELBOTS OR OTHER HARMFUL COMPONENTS. SCHOLASTIC DOES NOT WARRANT OR MAKE ANY REPRESENTATIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE MATERIALS ON SCHOLASTIC.COM IN TERMS OF THEIR CORRECTNESS, ACCURACY, RELIABILITY, OR OTHERWISE. YOU (AND NOT SCHOLASTIC) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU.

LIMITATION OF LIABILITY UNDER NO CIRCUMSTANCES, INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE, SHALL SCHOLASTIC BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE USE OF, OR THE INABILITY TO USE, THE MATERIALS ON SCHOLASTIC.COM, EVEN IF SCHOLASTIC OR A SCHOLASTIC AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN NO EVENT SHALL SCHOLASTIC'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES AND CAUSES OF ACTION (WHETHER IN CONTRACT, OR NOT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE) OR OTHERWISE) EXCEED THE AMOUNT PAID BY YOU, IF ANY, FOR ACCESSING SCHOLASTIC.COM.

YOU HEREBY ACKNOWLEDGE THAT YOU UNDERSTAND THAT BY ACCESSING SCHOLASTIC.COM AND AGREEING TO THESE TERMS OF USE, YOU MAY BE WAIVING RIGHTS WITH RESPECT TO CLAIMS THAT ARE AT THIS TIME UNKNOWN OR UNSUSPECTED, AND IN ACCORDANCE WITH SUCH WAIVER, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD, AND HEREBY EXPRESSLY WAIVE, THE BENEFITS OF SECTION 1542 OF THE CIVIL CODE OF CALIFORNIA, AND ANY SIMILAR LAW OF ANY STATE OR TERRITORY, WHICH PROVIDES AS FOLLOWS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

**INDEMNIFICATION**

By using Scholastic.com, you agree to indemnify, defend and hold harmless Scholastic from and against any actual or alleged claims, demands, causes of action, judgments, damages, losses, liabilities, and all costs and expenses of defense (including, without limitation, reasonable attorneys' and other legal fees and costs) arising out of or relating to: (1) your violation of these terms of use or any law, rule or regulation; (2) a claim that is based on your use of any content on Scholastic.com; or (3) any material uploaded by you or through your computer to Scholastic.com or otherwise sent by you to Scholastic. You will cooperate as fully and reasonably as required by Scholastic in the defense of any claim. Scholastic reserves the right to assume the exclusive defense and control of any matter subject to indemnification by you, and you will not in any event settle any claim without the prior written consent of Scholastic.

**JURISDICTIONAL ISSUES**

Scholastic.com is controlled and operated by Scholastic from its offices in New York, United States of America. Scholastic makes no representation that materials on Scholastic.com are appropriate or available for use in other locations. Those who choose to access Scholastic.com from other locations do so on their own initiative and are responsible for compliance with local laws, if and to the extent local laws are applicable. Software from this site is further subject to United States export controls. No software from Scholastic.com may be downloaded or otherwise exported or re-exported (i) into (or to a national or resident of) Cuba, Iran, Iraq, Libya, North Korea, Syria or any other country to which the United States has embargoed goods; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals or the U.S. Commerce Department's Table of Deny Orders; or (iii) in any other manner that violates U.S. law. By downloading or using the Software, you represent and warrant that you are not located in, under the control of, or a national or resident of any such country or on any such list.

**OTHER**

This Agreement shall be governed by and construed in accordance with the laws of the state of New York, without giving effect to any principles of conflicts of law. You and Scholastic each agree to submit to the exclusive jurisdiction of the courts of the state of New York and the federal courts of the southern district of New York. If any provision of this Agreement shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from this Agreement and shall not affect the validity and enforceability of any remaining provisions, and such provisions shall be deemed modified so that its purpose can be lawfully effectuated and enforced. This is the entire agreement between the parties relating to the subject matter herein.

**PERMISSION FOR REPRINTS**

All material on Scholastic.com without limitation, is protected by U.S. and foreign copyright and trademark laws. In order to request permission to reprint any material on Scholastic.com (outside of personal, non-commercial use), please write to:

Permissions Department
557 Broadway
New York, NY 10012

**PERMISSION FOR WEB LINKING**

If you link to Scholastic.com, you may only link to the home page, and the link must be in plain text, unless otherwise approved in writing by Scholastic. Any such link must not damage, dilute or tarnish the goodwill associated with Scholastic and/or any Scholastic intellectual property, nor may the link create the false appearance that your web site or organization is sponsored, endorsed by, affiliated or associated with Scholastic, and you may not "frame" Scholastic.com. You may not link to Scholastic.com from any web site that is unlawful, abusive, indecent or obscene, that promotes violence or illegal acts or that is otherwise inappropriate in Scholastic's sole discretion. Scholastic reserves the right, in its sole discretion, to terminate any link from any web site.
To request permission to place a link from your web site to Scholastic.com, please send your name, address, web site URL, and nature of the web site to: weblink@scholastic.com.

**COPYRIGHT INFRINGEMENT CLAIM NOTICE AND PROCEDURE**

Notification of a copyright infringement claim must be submitted to the following:

Legal Dept.
Scholastic Inc.
557 Broadway
New York, NY 10012
Phone: 212-343-6726
Email: tm&c@scholastic.com

The notification must be in writing and include:

1. A signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
2. Identification of each alleged infringing copyrighted work or works;
3. Identification of the allegedly infringing material and information reasonably sufficient to enable us to locate such material;
4. Information reasonably sufficient to enable us to contact the party complaining of an alleged infringement (e.g. an address, telephone number, and email address);
5. A statement that the complaining party has a good-faith belief that use of the allegedly infringing material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
6. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Scholastic reserves the right, at its sole discretion, to change, modify, add or delete portions of these terms of use at any time. The current terms of use may be viewed at http://www.scholastic.com/terms.htm along with the date of most recent update.

For other questions about Scholastic.com, please consult CUSTOMER SERVICE.

Most recently updated August, 2006.

PRIVACY POLICY · Terms of Use · · TM ® & © 2018 Scholastic Inc. All Rights Reserved.