UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRINA SAMSON, on her own behalf and on behalf of others similarly situated,

Plaintiff,

vs.

SCHOLASTIC INC.,

Defendant.

CASE NO. 2:25−cv−02115−JNW

**STIPULATED MOTION AND ORDER TO CONTINUE TO THE DATES IN THE COURT'S SCHEDULING ORDER [DKT. 14]**

**NOTE ON MOTION CALENDAR:**
**April 13, 2026**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7 and 10, Plaintiff Trina Samson, on her own behalf and on behalf of all others similarly situated ("Plaintiff"), and Defendant Scholastic Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate to continue the Scheduling Order [Dkt. 14] deadlines.

On February 9, 2026, this Court entered a Scheduling Order [Dkt. 14] setting the following deadlines: Rule 26(f) Conference: April 13, 2026; Initial Disclosures: April 27, 2026; and Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f): May 4, 2026.

The Parties continue to explore the possibility of early resolution of this case.  In addition, Defendant filed its Motion to Transfer Venue to the Southern District of New York on March 23, 2026 [Dkt. 15].  The Parties have mutually agreed to extend the time for Defendant to answer

STIPULATED MOTION AND ORDER TO
CONTINUE DATES - 1 -

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

Plaintiff's complaint until this Court has ruled on Defendant's pending Motion to Transfer Venue [Dkt. 15]. The Parties met and conferred and agree that it would be premature to plan and serve discovery prior to this Court has rendered a decision on Defendant's Motion to Transfer Venue [Dkt. 15] and Defendant's subsequent response to the complaint. The proposed 60-day extension to the relevant deadlines below will allow the Parties and the Court to avoid incurring additional and potentially unnecessary effort and expense. Therefore, in the interest of efficiency, the Parties propose the following new deadlines:

| Event | Old Deadline | Proposed Revised Deadline |
| --- | --- | --- |
| Rule 26(f) Conference | April 13, 2026 | June 12, 2026 |
| Initial Disclosures | April 27, 2026 | June 26, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | May 4, 2026 | July 3, 2026 |

Good cause exists to modify the Scheduling Order. Fed. R. Civ. P. 16(b)(4). Extending the dates by sixty (60) days will allow the Parties to continue their discussions on the track of early settlement while conserving judicial resources and avoid premature or unnecessary discovery-related work.

Dated: April 13, 2026

Respectfully submitted,

*/s/Amanda Beane*
Amanda Beane, WSBA No. 33070
**LAW OFFICE OF AMANDA BEANE, P.C.**
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98125
Tel. 206-531-0224
amanda@amandabeanelaw.com

Caren Decter
Michael Salik
**FRANKFURT KURNIT KLEIN + SELZ**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel. (212) 980-0120
cdecter@fkks.com
msalik@fkks.com
*Attorneys for Defendant Scholastic Inc.*

Dated: April 13, 2026

*/s/Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*pro hac vice application forthcoming
Attorneys for Plaintiff Trina Samson*

STIPULATED MOTION AND ORDER TO
CONTINUE DATES - 3 -

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of April, 2026.

_____
U.S. District Court Judge
Hon. Jamal N. Whitehead

Presented by:

*/s/Amanda Beane*
Amanda Beane, WSBA No. 33070
**LAW OFFICE OF AMANDA BEANE, P.C.**
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98125
Tel. 206-531-0224
amanda@amandabeanelaw.com

Caren Decter
Michael Salik
**FRANKFURT KURNIT KLEIN + SELZ**
28 Liberty Street, 35th Fl.
New York, NY 10005
Tel. (212) 980-0120
cdecter@fkks.com
msalik@fkks.com
*Attorneys for Defendant Scholastic Inc.*

*/s/Samuel J. Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*

STIPULATED MOTION AND ORDER TO
CONTINUE DATES - 4 -

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224

Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff*
Andrew K. Murray*
**STRANCH, JENNINGS &**
**GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*pro hac vice application forthcoming*
*Attorneys for Plaintiff Trina Samson*

STIPULATED MOTION AND ORDER TO
CONTINUE DATES - 5 -

Law Office of Amanda Beane, P.C.
7724 35th Ave NE, P.O. Box 15526
Seattle, WA 98115
206-531-0224