**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

TRINA SAMSON, on her own behalf, and
on behalf of others similarly situated,

        Plaintiff,

    v.

SCHOLASTIC INC.,

        Defendant.

Case No. 2:25−cv−02115−JNW

**DECLARATION OF STACEY JAFFE IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

I, STACEY JAFFE, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.    I am employed by Scholastic Inc. ("Scholastic") and currently serve as Chief Digital Officer. I have been an employee of Scholastic since 2018. I submit this Declaration in support of Scholastic's Motion to Transfer Venue.

2.    In my role, I am familiar with Scholastic's marketing email campaigns and the business records that Scholastic maintains regarding those campaigns. This Declaration is based on my personal knowledge and my review of Scholastic's business records maintained in the ordinary course of business.

3.    I understand that Plaintiff's complaint alleges that Scholastic sent her an email on December 15, 2024 with the subject line "Last Call! Up to 25% Off + Free Shipping."

4.    I reviewed Scholastic's records for a marketing email sent on that date with that subject line. I located that email and confirmed that it was sent to Plaintiff at the following email address: trina.samson@highlineschools.org. Exhibit A is a true and accurate copy of the seed-list version of that email maintained in Scholastic's records, which reflects the same sender, subject line, and content as the version sent to recipients in that campaign, except for recipient-specific fields.

1

5.      The December 15, 2024 marketing email attached hereto as Exhibit A promotes sales on the Scholastic Store Online website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026.

*Stacey Jaffe*
Stacey Jaffe (Apr 20, 2026 15:25:28 EDT)

Stacey Jaffe

2

# EXHIBIT A

 Outlook

---

**Last Call! Up to 25% Off + Free Shipping**

---

**From** Scholastic Ship to Home <store@message.scholastic.com>

**Date** Sun 12/15/2024 7:44 PM

**To** SSO Seed List <SSOSeedList@Scholastic.com>

Pamela, cross off all your last-minute gifts!

View in browser







# Explore Hand-Picked GIFTS BY AGE

AGES 0-2  SHOP >

AGES 3-5  SHOP >

AGES 6-8  SHOP >

AGES 9-12  SHOP >

AGES 13+  SHOP >



# Gifts For EVERY BUDGET



Under $5  SHOP >

Under $25  SHOP >



Under $50  SHOP >



# The Best Gifts to Grab During One of the Best Sales of the Year

## Seasonal Stories

Make holiday read-alouds sparkle with a really good book.

**SHOP NOW**





## Stocking Stuffers

Discover little treasures that will make a big impression.

**SHOP NOW**



## Best Books of the Year

Find their next favorite from this year's best.

**SHOP NOW**



## Toys & Games

Spark creativity with gifts that inspire and delight.

**SHOP NOW**



  



Offer expires on 12/15/24 at 11:59 PM PT. Code must be entered at checkout. Limit one per customer. Promotion cannot be combined with any other offers. Promotions, discounts, and gift codes apply to the order subtotal, before any taxes, shipping, handling or other fees. Promotions and coupons for The Scholastic Store do not apply to past purchases, subscription products, Scholastic Professional products, or the purchase of eGift Cards. Promotions are valid for orders from The Scholastic Store Online only and are not valid for Scholastic Teacher Store orders, Scholastic Book Club orders, or in-school Book Fair orders. Prices subject to change without notice.

*Offer expires on 12/15/24 at 11:59 PM PST. Promotion automatically applied at checkout. Promotions and coupons for The Scholastic Store do not apply to past purchases, subscription products, Scholastic Professional products, or the purchase of eGift Cards. Promotions are valid for orders from The Scholastic Store Online only and are not valid for Scholastic Teacher Store orders, Scholastic Book Club orders, or in-school Book Fair orders. Prices subject to change without notice.

Your email address: **ssoseedlist@scholastic.com**.

If you would rather not receive offers from Scholastic Store, please follow this link.

If you would rather not receive any offer emails from Scholastic, please click here.

Email Marketing, Scholastic Inc., 557 Broadway, New York, NY 10012 | 1-800-SCHOLASTIC

Privacy Policy | Scholastic Inc. | Terms of Use

©1996–2024 Scholastic Inc.